AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gadola, Paul V | U.S. District Court Eastern District of Michigan | 07/01/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Court Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2007 to 12/31/2007 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. District Court 600 Church Street Flint, MI 48502 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Inc. Society of Irish/American Lawyers |
| 2. Member, Board of Directors | Old Newsboys of Greater Flint |
| 3. Member, Board of Directors | Mackinac Center for Public Policy |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL -3 A 11: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gadola, Paul V | 07/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| ? | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| | | | | | |
|---|---|---|---|---|---|
| **1  REAL ESTATE** | | | | | |
| 2  ½ Int. Genesee Twp, MI | | None | K | W | |
| 3  ⅓ Int. Iosco County, MI | | None | K | W | |
| **4  CHECKING ACCTS** | | | | | |
| 5  Fifth Third Bank, Flint, MI | | None | J | T | |
| 6  Standard Federal Savings, Flint, MI | | None | J | T | |
| 7  Standard Federal Savings, Flint, MI | A | Interest | K | T | |
| 8  Standard Federal Savings, Flint, MI | A | Interest | J | T | |
| **9  SAVINGS ACCTS** | | | | | |
| 10  Bank One, FKA NBD, Flint, MI | A | Interest | K | T | |
| 11  Citizens Comm & Savings, Flint, MI | A | Interest | K | T | |
| 12  5th 3rd FKA Old Kent Bank, Grand Blanc, MI ● | A | Interest | J | T | |
| **13  CDs** | | | | | |
| 14  Citizens Fed Savings (CDs) | A | Interest | J | T | 2006 Report line 17 |
| 15  Republic Bank (CD) | A | Interest | J | T | 2006 Report line 31 |
| **16  PAUL V. GADOLA Trust** | F | Int & Div | H | T | Assets put into a Rev Trust dtd 1/26/07 |
| 17  Bankatlantic Bancorp Inc (stock) | | | | | |
| 18  Centennial Government Tr (MM) | | | | | |
| 19  Chemical Financial (stock) | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| | | 2007 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>July 1, 2008 |
| --- | --- | --- | --- | --- |

VII. Page 2     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 20  Five Star Quality Care (stock) | | | | | | | | | |
| 21  HRPT Properties Trust (stock) | | | | | | | | | |
| 22  Healthcare Realty Trust Inc (stock) | | | | | Sell | 06/29 | K | A | |
| 23  Kimco Realty Corp, fka PanPacific Retail Pptys Inc, (stock) | | | | | | | | | |
| 24  Levitt Corp Fla (stock) | | | | | | | | | |
| 25  Liberty Property Trust (stock) | | | | | | | | | |
| 26  Mich HSG Dev Auth Rental HSG Rev (bond) | | | | | | | | | |
| 27  National City Corp (stock) | | | | | | | | | |
| 28  Nationwide Health Properties (stock) | | | | | | | | | |
| 29  Petroleum & Resources Corp (stock) | | | | | | | | | |
| 30  Raif Financial Trust | | | | | Buy | 06/29 | K | | |
| 31  Raif Financial Trust | | | | | Sell | 07/01 | J | None | |
| 32  Citizens Republic Bancorp Inc fka Republic Bancorp Inc (stock) | | | | | | | | | 2006 Report line 30 |
| 33  Senior Housing PPTYS Trust (stock) | | | | | | | | | |
| 34  Sovran Self Storage Inc (stock) | | | | | | | | | |
| 35  Sun Communities Inc (stock) | | | | | | | | | |
| 36  IRA #2 | A | None | K | T | | | | | |
| 37  T Rowe Price Mid-Cap Growth (Mut fund) | | | | | | | | | |
| 38  American Century VP Value (Mut fund) | | | | | | | | | |
| 39  Opp Capital Appreciation(Mut Fund) | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1= $ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

| | 2007 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Paul V. Gadola | Date of Report July 1, 2008 |
| --- | --- | --- | --- |

VII. Page 3     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 40 Opp Main Street G&I (Mut Fund) | | | | | | | | | |
| 41 Babson Blend (Mut Fund) | | | | | | | | | |
| 42 Trust #1 ● | C | Int & Div | M | T | | | | | |
| 43 3M Company (stock) | | | | | Partial Sale | 10/05 | J | B | |
| 44 3M Company (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 45 Anheuser Busch Co (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 46 Applied Materials (stock) | | | | | Buy | 10/17 | J | | |
| 47 Applied Materials (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 48 Arkansas Best Corp (stock) | | | | | Buy | 06/20 | J | | |
| 49 Arkansas Best Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 50 Avery Dennison Corp (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 51 Briggs & Stratton | | | | | Sell | 11/01 | J | None | |
| 52 CDI Corp (stock) | | | | | Partial Sale | 4/13 | J | B | |
| 53 CDI Corp (stock) | | | | | Sell | 11/01 | J | B | |
| 54 CDW Corp (stock) | | | | | Partial Sale | 05/29 | J | B | |
| 55 CDW Corp (stock) | | | | | Sell | 05/31 | J | B | |
| 56 Charles Schwab US Treasury Money Market Fund (MM) | | | | | | | | | |
| 57 Clark Inc (stock) | | | | | Sell | 02/14 | J | A | |
| 58 Coca Cola (stock) | | | | | Buy | 04/27 | J | | |
| 59 Coca Cola (stock) | | | | | Partial Sale | 12/06 | J | B | |
| 60 Colgate-Palmolive Co (stock) | | | | | Partial Sale | 12/06 | J | B | |
| 61 CPI Corp (stock) | | | | | Buy | 09/18 | J | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 62 CPI Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 63 Dixie Group, Inc (stock) | | | | | Buy | 10/10 | J | | |
| 64 Dixie Group, Inc (stock) | | | | | Sell | 11/01 | J | None | |
| 65 Dow Jones & Co., Inc (stock) | | | | | Sell | 05/03 | K | D | |
| 66 DuPont El de Nemours & Co (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 67 EMS Technologies, Inc (stock) | | | | | Sell | 08/10 | J | C | |
| 68 Estee Lauder Co., Inc (stock) | | | | | Partial Sale | 04/12 | J | B | |
| 69 Estee Lauder Co., Inc (stock) | | | | | Sell | 08/03 | J | B | |
| 70 Ethan Allen Interiors (stock) | | | | | Buy | 08/28 | J | | |
| 71 Ethan Allen Interiors (stock) | | | | | Sell | 11/01 | J | None | |
| 72 Fossil Inc (stock) | | | | | Partial Sale | 04/03 | J | B | |
| 73 Fossil Inc (stock) | | | | | Sell | 05/02 | J | B | |
| 74 Gannett Co., Inc (stock) | | | | | Buy | 07/25 | J | | |
| 75 Gannett Co., Inc (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 76 General Mills Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 77 Hutchinson Tech Inc (stock) | | | | | Sell | 11/01 | J | A | |
| 78 Illinois Tool Works, Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 79 Imation Corp (stock) | | | | | Buy | 07/25 | J | | |
| 80 Imation Corp (stock) | | | | | Partial Sale | 10/25 | J | None | |
| 81 Imation Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 82 Intel Corp | | | | | Buy | 04/05 | J | | |
| 83 Intel Corp | | | | | Partial Sale | 12/06 | J | A | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| 2007 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>July 1, 2008 |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 84  Kaman Corp (stock) | | | | | Partial Sale | 04/03 | J | B | |
| 85  Kaman Corp (stock) | | | | | Sell | 05/04 | J | B | |
| 86  Kellwood Co (stock) | | | | | Sell | 11/01 | J | None | |
| 87  Kemet Corp (stock) | | | | | Buy | 10/25 | J | | |
| 88  Kemet Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 89  Kimberly-Clark Corp (stock) | | | | | Partial Sale | 08/22 | J | A | |
| 90  Kimberly-Clark Corp (stock) | | | | | Sell | 09/04 | J | B | |
| 91  La Z Boy Inc (stock) | | | | | Buy | 06/25 | J | | |
| 92  La Z Boy Inc (stock) | | | | | Buy | 08/16 | J | | |
| 93  La Z Boy Inc (stock) | | | | | Sell | 11/01 | J | None | |
| 94  Leggett & Platt Inc (stock) | | | | | Buy | 04/05 | J | | |
| 95  Leggett & Platt Inc (stock) | | | | | Buy | 08/28 | J | | |
| 96  Leggett & Platt Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 97  Marsh & McLennan Co., Inc (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 98  Masco Corp (stock) | | | | | Buy | 04/04 | J | | |
| 99  Masco Corp (stock) | | | | | Buy | 10/17 | J | | |
| 100  Masco Corp (stock) | | | | | Sell | 11/08 | J | None | |
| 101  Microsoft Corp (stock) | | | | | Partial Sale | 12/06 | J | B | |
| 102  Newell Rubbermaid, Inc. (stock) | | | | | Partial Sale | 04/04 | J | B | |
| 103  Newell Rubbermaid, Inc. (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 104  Newport Corp (stock) | | | | | Buy | 10/19 | J | | |
| 105  Newport Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 106  Office Depot (stock) | | | | | Buy | 08/02 | J | | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)        U=Book Value        V=Other        W=Estimate

VII.  Page 6      INVESTMENT and TRUSTS – income. value, transactions

*(Includes those of spouse and dependent children.  See pp. 36-54 of Instructions.)*

| | | | | | |
|---|---|---|---|---|---|
| 107 | Office Depot (stock) | Buy | 08/23 | J | |
| 108 | Office Depot (stock) | Buy | 09/07 | J | |
| 109 | Office Depot (stock) | Sell | 10/29 | J | None |
| 110 | Paxar Corp (stock) | Sell | 04/13 | J | B |
| 111 | Pfizer Inc (stock) | Sell | 09/26 | K | A |
| 112 | Seagate Technology (stock) | Partial Sale | 12/06 | J | A |
| 113 | Talbots Inc (stock) | Buy | 09/25 | J | |
| 114 | Talbots Inc (stock) | Sell | 11/01 | J | None |
| 115 | Target Corp (stock) | Buy | 08/16 | J | |
| 116 | Target Corp (stock) | Partial Sale | 12/06 | J | None |
| 117 | U.S. Treasury Strips  5/15/30 | Redeem | 07/31 | J | A |
| 118 | U.S. Treasury Strips  5/15/30 | Redeem | 09/07 | J | B |
| 119 | U.S. Treasury Strips 2/15/36 | Buy | 06/21 | J | |
| 120 | U.S. Treasury Strips 2/15/36 | Redeem | 11/26 | J | C |
| 121 | USEC, Inc (stock) | Partial Sale | 03/26 | J | B |
| 122 | USEC, Inc (stock) | Partial Sale | 05/04 | J | B |
| 123 | USEC, Inc (stock) | Sell | 05/07 | J | B |
| 124 | WP Stewart & Co Ltd (stock) | Buy | 04/09 | J | |
| 125 | WP Stewart & Co Ltd (stock) | Sell | 11/01 | J | None |
| 126 | WW Grainger Inc (stock) | Partial Sale | 05/17 | J | B |
| 127 | WW Grainger Inc (stock) | Sell | 08/21 | J | C |
| 128 | Wal-Mart Stores, Inc. (Stock) | Partial Sale | 12/06 | J | None |
| 129 | Walgreen Co (stock) | Buy | 07/23 | J | |

1 Inc/Gain Codes: A=1,000 or less       B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000       E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000       G=$100,001-1,000,000   H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal          R=Cost (real estate only)       S=Assessment          T=Cash/Market
(col C2)          U=Book Value         V=Other                         W=Estimate

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130 Walgreen Co (stock) | | | | | Buy | 10/02 | J | | |
| 131 Walgreen Co (stock) | | | | | Buy | 10/23 | J | | |
| 132 Walgreen Co (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 133 Wells Fargo & Co (stock) | | | | | Buy | 02/15 | J | | |
| 134 Wells Fargo & Co (stock) | | | | | Buy | 04/05 | J | | |
| 135 Wells Fargo & Co (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 136 Williams Sonoma (stock) | | | | | Buy | 08/03 | J | | |
| 137 Williams Sonoma (stock) | | | | | Partial Sale | 09/18 | J | A | |
| 138 Williams Sonoma (stock) | | | | | Sell | 09/21 | J | A | |
| 139 YRC Worldwide Inc (stock) | | | | | Buy | 06/04 | J | | |
| 140 YRC Worldwide Inc (stock) | | | | | Buy | 07/24 | J | | |
| 141 YRC Worldwide Inc (stock) | | | | | Buy | 08/01 | J | | |
| 142 YRC Worldwide Inc (stock) | | | | | Sell | 10/26 | J | None | |
| 143 **Trust #2** ● (Previously Trust #3) | F | Div & Int | P1 | T | | | | | |
| 144 Centennial Government Tr (MM) | | | | | | | | | |
| 145 Health Care Reit Inc (stock) | | | | | | | | | |
| 146 Inergy (LtdP) | | | | | | | | | |
| 147 Enterplus Res Fd Tr G | | | | | Buy | 02/08 | K | | |
| 148 JP Morgan Chase & Co., (stock) | | | | | Partial Sale | 02/08 | M | F | |
| 149 Kimco Realty Corp (stock) | | | | | | | | | |
| 150 Liberty Property Trust (stock) | | | | | | | | | |
| 151 Michigan HSG Dev Auth-Rental (bond) | | | | | Sell | 12/24 | L | None | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| | | | |
|---|---|---|---|
| **2007** **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting Paul V. Gadola | | Date of Report July 1, 2008 |

VII.  Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152  National City Corp (stock) | | | | | | | | | |
| 153  Nustar Energy LP, formerly  Valero LtdP, (stock) | | | | | | | | | 2006 Report line 140 |
| 154  Oakland Cnty MI Bldg Auth-Lyons Oaks (bond) | | | | | | | | | |
| 155  Penn West Energy Tr (stock) | | | | | Buy | 02/08 | K | | |
| 156  Petroleum & Resources Corp (stock) | | | | | | | | | |
| 157  Plains All Amern Pipeline (LtdP) | | | | | | | | | |
| 158  Primewest Energy Tr (stock) | | | | | Buy | 02/08 | K | | |
| 159  Provident Energy Tr (stock) | | | | | Buy | 02/08 | K | | |
| 160  Sovran Self Storage Inc (stock) | | | | | | | | | |
| 161  Suburban Propane Partners (LtdP) | | | | | | | | | |
| 162  **Trust #3** ⬤ (previously Trust #4) | D | Div & Int | M | T | | | | | |
| 163  3M Company (stock) | | | | | Partial Sale | 10/05 | J | B | |
| 164  3M Company (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 165  Anheuser Busch Co (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 166  Applied Materials | | | | | Buy | 1017 | J | | |
| 167  Applied Materials | | | | | Partial Sale | 12/06 | J | None | |
| 168  Automatic Data Processing Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 169  Avery Dennison Corp | | | | | Partial Sale | 12/06 | J | None | |
| 170  Briggs & Stratton Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 171  Broadridge Financial Solutions (stock) Spinoff from Automatic Data Processing | | | | | Spin-off | 03/30 | J | | |

| | |
|---|---|
| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less  B=$1,001-$2,500  C=2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,000-$100,000  G=$100,001-1,000,000  H=$1,000,001-$5,000,000  H2=$5,000,001 or more |
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less  K=$15,001-$50,000  L=$50,001-100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimate |

VII. Page 9    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 172 Broadridge Financial Solutions (stock) Spinoff from Automatic Data Processing | | | | | Sell | 05/03 | J | A | |
| 173 Charles Schwab US Treasury Money Market Fund (MM) | | | | | | | | | |
| 174 CDI Corp (stock) | | | | | Sell | 10/02 | J | B | |
| 175 CDW Corporation (stock) | | | | | Partial Sale | 05/29 | J | B | |
| 176 CDW Corporation (stock) | | | | | Sell | 05/30 | J | B | |
| 177 CPI Corp (stock) | | | | | Sell | 02/08 | K | D | |
| 178 Clark Inc (stock) | | | | | Sell | 02/23 | J | A | |
| 179 Coca Cola Co (stock) | | | | | Buy | 04/27 | J | | |
| 180 Coca Cola Co (stock) | | | | | Partial Sale | 12/06 | J | B | |
| 181 Colgate-Palmolive Co (stock) | | | | | Partial Sale | 12/06 | J | B | |
| 182 Dow Jones & Co., Inc (stock) | | | | | Partial Sale | 05/03 | J | C | |
| 183 Dow Jones & Co., Inc (stock) | | | | | Sell | 05/04 | J | C | |
| 184 DuPont E I de Nemours & Co (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 185 Eastman Kodak Co (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 186 ElkCorp (stock) | | | | | Sell | 02/14 | J | B | |
| 187 Estee Lauder Co., Inc (stock) | | | | | Partial Sale | 04/12 | J | B | |
| 188 Estee Lauder Co., Inc (stock) | | | | | Sell | 08/03 | J | B | |
| 189 Ethan Allen Interiors (stock) | | | | | Buy | 08/01 | J | | |
| 190 Ethan Allen Interiors (stock) | | | | | Sell | 11/01 | J | None | |
| 191 Fossil Inc (stock) | | | | | Partial Sale | 04/03 | J | B | |
| 192 Fossil Inc (stock) | | | | | Sell | 05/02 | J | A | |
| 193 Gannett Co., Inc (stock) | | | | | Partial Sale | 12/06 | J | None | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 194 General Mills Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 195 Great Lakes Chemical Corp (stock) | | | | | Sell | 07/09/2006 | J | A | Missed on last year's report Sold in 2006 |
| 196 Hutchinson Tech Inc (stock) | | | | | Sell | 11/01 | J | A | |
| 197 Illinois Tool Works Inc (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 198 Imation Corp (stock) | | | | | Buy | 07/25 | J | | |
| 199 Imation Corp (stock) | | | | | Buy | 07/26 | J | | |
| 200 Imation Corp (stock) | | | | | Partial Sale | 10/25 | J | None | |
| 201 Imation Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 202 Intel Corp (stock) | | | | | Buy | 02/20 | J | | |
| 203 Intel Corp (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 204 Kellwood Co (stock) | | | | | Sell | 11/01 | J | None | |
| 205 Kemet Corp (stock) | | | | | Buy | 10/25 | J | | |
| 206 Kemet Corp (stock) | | | | | Sell | 11/01 | J | None | |
| 207 Kimberly-Clark Corp (stock) | | | | | Partial Sale | 08/23 | J | A | |
| 208 Kimberly-Clark Corp (stock) | | | | | Partial Sale | 12/06 | J | A | |
| 209 La Z Boy Inc (stock) | | | | | Buy | 06/21 | J | | |
| 210 La Z Boy Inc (stock) | | | | | Sell | 11/01 | J | None | |
| 211 Leggett & Platt Inc | | | | | Buy | 03/01 | J | | |
| 212 Leggett & Platt Inc | | | | | Buy | 06/19 | J | | |
| 213 Leggett & Platt Inc | | | | | Partial Sale | 12/06 | J | None | |
| 214 Marsh & McLennan Co., Inc | | | | | Partial Sale | 12/06 | J | None | |
| 215 Masco Corp (stock) | | | | | Buy | 04/03 | J | | |

1 Inc/Gain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(col C2)   U=Book Value   V=Other   W=Estimate

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

VII. Page 11     INVESTMENT and TRUSTS – income, value, transactions

| | Transaction | Date | Value Code 2 | Gain Code 1 |
|---|---|---|---|---|
| 216 Masco Corp (stock) | Buy | 04/13 | J | |
| 217 Masco Corp (stock) | Buy | 10/17 | J | |
| 218 Masco Corp (stock) | Sell | 11/08 | J | None |
| 219 Maxwell Technologies Inc (stock) | Sell | 11/01 | J | None |
| 220 Microsoft Corp (stock) | Partial Sale | 12/06 | J | B |
| 221 Newell Rubbermaid, Inc. (stock) | Partial Sale | 12/06 | J | A |
| 222 Newport Corp (stock) | Buy | 10/16 | J | |
| 223 Newport Corp (stock) | Sell | 11/01 | J | None |
| 224 Office Depot (stock) | Buy | 07/26 | J | |
| 225 Office Depot (stock) | Buy | 08/01 | J | |
| 226 Office Depot (stock) | Buy | 08/27 | J | |
| 227 Office Depot (stock) | Buy | 09/07 | J | |
| 228 Office Depot (stock) | Sell | 10/29 | J | None |
| 229 Pfizer Inc (stock) | Sell | 10/02 | K | A |
| 230 Readers Digest Assoc Inc (stock) | Sell | 02/14 | J | A |
| 231 Rogers Corp (stock) | Buy | 08/06 | J | |
| 232 Rogers Corp (stock) | Sell | 11/01 | J | B |
| 233 Seagate Technology (stock) | Partial Sale | 12/06 | J | A |
| 234 Talbots Inc (stock) | Buy | 04/19 | J | |
| 235 Talbots Inc (stock) | Buy | 10/01 | J | |
| 236 Talbots Inc (stock) | Sell | 11/01 | J | None |
| 237 U.S. Treasury Strips #1 5/15/30 | Redeem | 07/31 | J | B |
| 238 U.S. Treasury Strips #1 5/15/30 | Redeem | 09/07 | J | B |

1 Inc/Gain Codes:   A=1,000 or less     B=$1,001-$2,500     C=2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3)   O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000     P2=$5,000,001-$25,000,000     P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(col C2)     U=Book Value     V=Other     W=Estimate

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239  U.S. Treasury Strips #2  5/15/30 | | | | | Redeem | 11/13 | J | B | |
| 240  U.S. Treasury Strips  5/15/30 | | | | | Redeem | 11/28 | J | B | |
| 241  U.S. Treasury Strips  2/15/36 | | | | | | | | | |
| 242  USEC Inc (stock) | | | | | Partial Sale | 04/03 | J | B | |
| 243  USEC Inc (stock) | | | | | Partial Sale | 05/04 | J | B | |
| 244  USEC Inc (stock) | | | | | Sell | 05/07 | J | B | |
| 245  WP Stewart & Co Ltd (stock) | | | | | Buy | 02/13 | J | | |
| 246  WP Stewart & Co Ltd (stock) | | | | | Buy | 02/16 | J | | |
| 247  WP Stewart & Co Ltd (stock) | | | | | Buy | 03/02 | J | | |
| 248  WP Stewart & Co Ltd (stock) | | | | | Buy | 07/11 | J | | |
| 249  WP Stewart & Co Ltd (stock) | | | | | Buy | 08/02 | J | | |
| 250  WP Stewart & Co Ltd (stock) | | | | | Buy | 10/18 | J | | |
| 251  WP Stewart & Co Ltd (stock) | | | | | Sell | 11/01 | J | None | |
| 252  WW Grainger Inc (stock) | | | | | Sell | 05/17 | J | B | |
| 253  Wal-Mart Stores, Inc. (Stock) | | | | | Partial Sale | 12/06 | J | None | |
| 254  Walgreen Co (stock) | | | | | Buy | 07/23 | J | | |
| 255  Walgreen Co (stock) | | | | | Buy | 08/01 | J | | |
| 256  Walgreen Co (stock) | | | | | Buy | 10/03 | J | | |
| 257  Walgreen Co (stock) | | | | | Buy | 10/23 | J | | |
| 258  Walgreen Co (stock) | | | | | Partial Sale | 12/06 | J | None | |
| 259  Wells Fargo & Co (stock) | | | | | Buy | 02/09 | J | | |
| 260  Wells Fargo & Co (stock) | | | | | Buy | 07/26 | J | | |
| 261  Wells Fargo & Co (stock) | | | | | Partial Sale | 12/06 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (col C2)  U=Book Value | V=Other | W=Estimate | |

| 2007 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>July 1, 2008 |
|---|---|---|

## VII. Page 13 INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 262 Whirlpool | | | | | Sell | 05/16 | J | None | |
| 263 Williams Sonoma (stock) | | | | | Buy | 08/06 | J | | |
| 264 Williams Sonoma (stock) | | | | | Partial Sale | 09/19 | J | A | |
| 265 Williams Sonoma (stock) | | | | | Sell | 09/21 | J | A | |
| 266 YRC Worldwide Inc (stock) | | | | | Buy | 06/04 | J | | |
| 267 YRC Worldwide Inc (stock) | | | | | Buy | 07/24 | J | | |
| 268 YRC Worldwide Inc (stock) | | | | | Buy | 08/01 | J | | |
| 269 YRC Worldwide Inc (stock) | | | | | Sell | 10/18 | J | None | |
| 270 | | | | | | | | | |
| 271 | | | | | | | | | |
| 272 | | | | | | | | | |
| 273 | | | | | | | | | |
| 274 | | | | | | | | | |
| 275 | | | | | | | | | |
| 276 | | | | | | | | | |
| 277 | | | | | | | | | |
| 278 | | | | | | | | | |
| 279 | | | | | | | | | |
| 280 | | | | | | | | | |
| 281 | | | | | | | | | |
| 282 | | | | | | | | | |
| 283 | | | | | | | | | |
| 284 | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3)    O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544